## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## DENVER DIVISION

**CIVIL NO. 1:19-cv-02344-RBJ**

**PATRICK BURSEY, Individually and On Behalf of All Others Similarly Situated,**

**Plaintiff,**

**V.**

**CUSHMAN & WAKEFIELD, INC., and CUSHMAN & WAKEFIELD OF COLORADO, INC.,**

**Defendants.**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS ACTION AND FLSA SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

On this day came to be considered Plaintiff's Unopposed Motion for Approval of Class Action and FLSA Settlement and Dismissal of Lawsuit with Prejudice. The Court will GRANT Plaintiff's Motion.

THEREFORE, IT IS ORDERED as follows:

1.      The settlement in this action is approved as fair, reasonable, and adequate. The Parties are directed to administer their settlement in accordance with the Settlement Agreement and Release that was Exhibit 1 to Plaintiff's Motion.

2.      The proposed Notice and Release (included in the Notice), which is also summarized on the back of each Settlement Check, attached as Exhibits A and B to the Settlement Agreement and Release, are approved.

3. Defendants and Defendants' counsel are authorized to mail the Notice and Settlement Checks to the Colorado Class Members.

4. The settlement of Plaintiff Patrick Bursey's FLSA claim as the sole opt-in plaintiff under 29 U.S.C. § 216(b) is approved.

5. This case is dismissed on the merits and with prejudice as to Plaintiff Patrick Bursey with regards to the FLSA and Colorado State Wage Act Claims and dismissed on the merits and with prejudice with regards to the Colorado State Wage Act Claims only for any of the Colorado Class Members that elect to participate in this settlement, as described in the procedures in the Settlement Agreement and Release.

IT IS FURTHER ORDERED that Plaintiff's request for attorneys' fees and costs in the amounts of $42,000 and $3,629.74 respectively is also approved.

SIGNED ON December 29, 2020.

_____
R. BROOKE JACKSON
U.S. DISTRICT COURT JUDGE